**Order filed August 28, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00582-CV
_____

**GERMAINE JAMES, Appellant**

**V.**

**JOSE AGUILERA, Appellee**

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1048608**

---

## ORDER

In this case, the notice of appeal filed July 16, 2014, states it is from all judgments rendered, including judgment rendered on July 15, 2014. Attached to the notice of appeal are two orders sustaining costs to appellant's statement of inability to pay costs on appeal. The first was entered in the Justice Court of Harris County, Precinct 7, Place 1. The second was entered in the Civil Court at Law No. 2. No judgment or other appealable order is attached.

Appellee has filed a motion to dismiss this appeal for lack of jurisdiction on the grounds there is no order or judgment from County Court at Law No. 2 appealable to this court.

Appellant filed an affidavit of inability to pay costs. Prior to any determination of indigency, we will first determine our jurisdiction. Accordingly, we enter the following order.

The Harris County District Clerk is directed to file a partial clerk's record on or before September 8, 2014, containing (1) the court's judgment or order that is being appealed; (2) any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion; and (3) the notice of appeal.


PER CURIAM